IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

QUANDARIS FORD, )
)
    Plaintiff, )
)
v. ) CASE NO. CV414-056
)
CAROLYN W. COLVIN, Acting )
Commissioner of Social )
Security, )
)
    Defendant. )
)

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 16), to which no objections have been filed. After a careful review of the record, the Report and Recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's appeal is **DENIED**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 30th day of September 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA